# In the United States Court of Federal Claims

| | |
|---|---|
| NATHAN STRONG,<br><br>              *Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>              *Defendant.* | No. 24-1537C<br>(Filed June 10, 2025) |

**ORDER**

The government moved to dismiss Mr. Strong's original complaint. ECF No. 8. On May 9, 2025, Mr. Strong filed an amended complaint. ECF No. 16. The court therefore **denies** the government's motion to dismiss Mr. Strong's original complaint (ECF No. 8) as moot. The government's motion to dismiss Mr. Strong's amended complaint (ECF No. 18) remains pending, and Mr. Strong's deadline to file his response to that motion is still June 20, 2025.

    **IT IS SO ORDERED.**

                                                                               s/ Molly R. Silfen<br>
                                                                              MOLLY R. SILFEN<br>
                                                                              Judge