# In the United States Court of Federal Claims

No. 24-1537 C
Filed: November 14, 2025

```
*************************************
NATHAN STRONG,                      *
         Plaintiff,                 *
                                    *         JUDGMENT
     v.                             *
                                    *
                                    *
THE UNITED STATES,                  *
         Defendant.                 *
*************************************
```

    Pursuant to the court's Opinion and Order, filed November 13, 2025, granting defendant's motion to dismiss,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed.

                                    Lisa L. Reyes
                                    Clerk of Court

                            By: *Ashley Reams*
                                  Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Effective December 1, 2023, the appeals fee is $605.00.