NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATHAN STRONG,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2026-1335

---

Appeal from the United States Court of Federal Claims in No. 1:24-cv-01537-MRS, Judge Molly R. Silfen.

---

**O R D E R**

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States Court of Federal Claims, Court of Federal Claims, it is hereby,

ORDERED that the appeal be, and the same hereby is, REACTIVATED effective

January 26, 2026. The appellant's brief is due on March 27, 2026.

                                                                                    FOR THE COURT

<u>January 26, 2026</u>  
       Date

                                                                     Jarrett B. Perlow  
                                                                     Clerk of Court